FORM EDC2850 Bankruptcy Appeal Transmittal Form  (v.8.14)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**    24–21326 – C – 11                    **DCN:**    FWP–69

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
2110 Broadway
Sacramento,, CA 95818

**FILED**

**Aug 8, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TO:    U.S. District Court
       501 I Street, Suite 4–200, Sacramento, California 95814 ((916) 930–4000).

FROM:    U.S. Bankruptcy Court
         Eastern District of California District Office No. 0972

District Court No.
2:25-cv-2262 WBS (BK)

Bankruptcy Judge (who signed the order):  Judge Klein

Date Notice of Appeal Filed:  8/8/25

Date of Entry of Order Appealed From:  7/28/25

Date Bankruptcy Case Filed:  4/1/24

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  8/8/25

Filing Fee Paid?  yes

Dated:                        For the Court,
8/8/25                        Scott Yach , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                          24–21326 – C – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## CERTIFICATE OF NOTICE

**Case Number:**    24–21326 – C – 11                              **DCN:**    FWP–69

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
2110 Broadway
Sacramento,, CA 95818

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on August 8, 2025, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| The Roman Catholic Bishop of Sacramento<br>2110 Broadway<br>Sacramento,, CA 95818 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7–500<br>Sacramento, CA 95814 | Matthew Michael Weiss<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree Street, N.E.<br>Suite 3600<br>Atlanta GA 30308 |
| Ori Katz<br>4 Embarcadero Center 17th Floor<br>San Francisco CA 94111 | Barron L. Weinstein<br>Meredith, Weinstein and Numbers, LLP<br>115 Ward St<br>Larkspur CA 94939 | Alan H. Martin<br>Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa CA 92626–1993 |
| Paul J. Pascuzzi<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | Jason E. Rios<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | Thomas R. Phinney<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 |
| Mikayla E. Kutsuris<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | Robert T. Kugler<br>STINSON LLP<br>50 S 6th Street, Suite 2600<br>Minneapolis, MN 55402 | Edwin H. Caldie<br>Stinson LLP<br>50 S 6th St #2600<br>Minneapolis MN 55402 |
| Andrew Glasnovich<br>Stinson LLP<br>50 South Sixth Street<br>Minneapolis MN 55402 | Luke Laursen Sperduto<br>Stinson LLP<br>50 S 6th St #2600<br>Minneapolis MN 55402 | Clarissa C. Brady<br>Dorsey & Whitney LLP<br>2325 E. Camelback Road<br>Ste 900<br>Phoenix AZ 85016 |
| Tobias S. Keller<br>Keller Benvenutti Kim LLP<br>101 Montgomery Street<br>Suite 1950<br>San Francisco CA 94104 | David A. Taylor<br>KELLER BENVENUTTI KIM LLP<br>101 Montgomery Street<br>Suite 1950<br>San Francsico CA 94104 | Gabrielle Albert<br>Keller Benvenutti Kim LLP<br>101 Montgomery Street<br>Suite 1950<br>San Francsico CA 94104 |

Dated:
8/8/25

For the Court,
Scott Yach , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                      24–21326 – C – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



---

# CERTIFICATE OF NOTICE

---

**Case Number:**   24–21326 – C – 11                              **DCN:**   FWP–69

---

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
 2110 Broadway
Sacramento,, CA 95818

---

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on August 8, 2025, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Catalina J. Sugayan<br>Clyde & Co US LLP<br>30 S Wacker Dr #2600<br>Chicago IL 60606 | Robert Sweeney<br>Clyde & Co US LLP<br>30 S Wacker Dr #2600<br>C IL 60606 | Yongli Yang<br>Clyde & Co US LLP<br>30 S Wacker Dr #2600<br>Chicago IL 60606 |
| Official Committee of Unsecured Creditors<br>Keller Benvenutti Kim LLP<br>425 Market St 26th Fl<br>San Francisco CA 94105 | David A. Taylor<br>KELLER BENVENUTTI KIM LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Harris B. Winsberg<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree St NE #3600<br>Atlanta GA 30308 |
| Matthew Michael Weiss<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree Street, N.E.<br>Suite 3600<br>Atlanta GA 30308 | Matthew G. Roberts<br>Parker, Hudson, Rainer, and Dobbs LLP<br>303 Peachtree St NE #3600<br>Atlanta GA 30308 | Todd C. Jacobs<br>Parker, Hudson, Rainer, and Dobbs LLP<br>Two N Riverside Plaza #1850<br>Chicago IL 60606 |
| John E. Bucheit<br>Parker, Hudson, Rainer, and Dobbs LLP<br>Two N Riverside Plaza #1850 | Matthew Clark Lovell<br>Nicolaides Fink Thorpe Michaelides Sulli<br>101 Montgomery Street<br>Ste 2300<br>San Francisco CA 94104 | Laura Hamilton Smith<br>Nicolaides Fink Thorpe, LLP<br>101 Montgomery Street<br>Ste 2300<br>San Francisco CA 94104 |

---

Dated:                                   For the Court,
8/8/25                                   Scott Yach , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

**Case Number:**    24–21326 – C – 11                              **DCN:**    FWP–69

**Debtor Name(s) and Address(es):**

The Roman Catholic Bishop of Sacramento
2110 Broadway
Sacramento,, CA 95818

Robert M Charles
Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson AZ 85701–1611

Dated:                                    For the Court,
8/8/25                                    Scott Yach , Clerk

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Brian C. Aton (SBN No. 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone:    (404) 523-5300
Facsimile:    (404) 522-8409
Email:    hwinsberg@phrd.com
          mweiss@phrd.com
          mroberts@phrd.com
          baton@phrd.com

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
Matthew C. Lovell (SBN 189728)
Laura H. Smith (SBN 136117)
101 Montgomery Street, Suite 2300
San Francisco, California 94101
Telephone:    (415) 745-3779
Facsimile:    (415) 745-3771
Email:    mlovell@nicolaidesllp.com
          lsmith@nicolaidesllp.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone:    (312) 477-3305
Email:    tjacobs@phrd.com
          jbucheit@phrd.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | Case No. 24-21326 |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO | Chapter 11 |
| Debtor, | |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1.  Name(s) of appellant(s): <u>Interstate Fire & Casualty Company and National Surety Corporation</u>

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |

Case No. 24-21326

☐Other (describe) _____     ☐Trustee

☒Other (describe) <u>Party In Interest</u>

**Part 2: Identify the subject of this appeal**

1. Describe the judgement – or the appealable order or decree – from which the appeal is taken: <u>Order Granting Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14-Day Stay Period [ECF 1484], attached as **Exhibit A.**</u>

2. State the date in which the judgment – or the appealable order or decree – was entered: <u>07/25/2025</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment – or appealable order or decree – from which the appeal is taken and the names, address, and telephone numbers of their attorneys (attached additional pages if necessary):

1. Party/Attorney:    <u>The Roman Catholic Bishop of Sacramento</u>

   FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
   Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
   Jason E. Rios, jrios@ffwplaw.com
   Thomas R. Phinney, tphinney@ffwplaw.com
   Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
   500 Capitol Mall, Suite 2250
   Sacramento, CA 95814
   (916) 329-7400

   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Ori Katz, okatz@sheppardmullin.com
   Alan H. Martin, amartin@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
   (415) 434-9100

   BLANK ROME, LLP
   Barron Weinstein, barron.weinstein@blankrome.com
   2029 Century Park East
   Los Angeles, CA 90067
   (424) 239-3696

2.  Party/Attorney:        The Official Committee of Unsecured Creditors
                           STINSON LLP
                           Robert T. Kugler, robert.kugler@stinson.com
                           Edwin H. Caldie, ed.caldie@stinson.com
                           Andrew Glasnovich, drew.glasnovich@stinson.com
                           Luke L. Sperduto, luke.sperduto@stinson.com
                           Clarissa C. Brady, clarissa.brady@stinson.com
                           50 S 6th Street, Suite 2600
                           Minneapolis, MN 55402
                           (612) 335-1500

                           KELLER BENVENUTTI KIM LLP
                           Tobias S. Keller, tkeller@kbkllp.com
                           David A. Taylor, dtaylor@kbkllp.com
                           Gabrielle L. Albert, galbert@kbkllp.com
                           425 Market Street, 26th Floor
                           San Francisco, CA 94105
                           (415) 496-6723

3.  Party/Attorney:        Certain Underwriters at Lloyd's, London, and Certain London
                           Market Insurance Companies
                           CLYDE & CO US LLP
                           Catalina J. Sugayan, catalina.sugayan@clydeco.us
                           Robert Sweeney, robert.sweeney@clydeco.us
                           Yongli Yang, yongli.yang@clydeco.us
                           30 S. Wacker Drive, Suite 2600
                           Chicago, IL 60606
                           (312) 635-7000

**Part 4: Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign Below**

Dated: August 8, 2025

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ Matthew M. Weiss
By:    Harris B. Winsberg (admitted *pro hac vice*)
        Matthew M. Weiss (admitted *pro hac vice*)
        Matthew G. Roberts (admitted *pro hac vice*)
        Brian C. Aton (SBN 339266)
        303 Peachtree Street NE, Suite 3600
        Atlanta, GA 30308
        Telephone: (404) 523-5300
        Facsimile: (404) 522-8409
        Email: hwinsberg@phrd.com
                mweiss@phrd.com
                mroberts@phrd.com
                baton@phrd.com

        -and-

        Todd C. Jacobs (admitted *pro hac vice*)
        John E. Bucheit (admitted *pro hac vice*
        Two N. Riverside Plaza, Suite 1850
        Chicago, Illinois 60606
        Telephone: (312) 477-3305
        Email: tjacobs@phrd.com
                jbucheit@phrd.com

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

        Matthew C. Lovell (SBN 189728)
        Laura H. Smith (SBN 136117)
        101 Montgomery Street, Suite 2300
        San Francisco, California 94101
        Telephone: (415) 745-3779
        Facsimile: (415) 745-3771
        Email: mlovell@nicolaidesllp.com
                lsmith@nicolaidesllp.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

-4-

15

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com
                mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 24-21326 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | Chapter 11 |
| | DCN:        FWP-69 |
| Debtor in Possession. | Date:       July 23, 2025 |
| | Time:       11:00 a.m. |
| | Location:   Courtroom 35 (Dept. C) |
| | Judge:      Hon. Christopher M. Klein |

**ORDER GRANTING DEBTOR'S MOTION TO: (1) APPROVE STIPULATION MODIFYING THE AUTOMATIC STAY; AND (2) WAIVER OF 14-DAY STAY PERIOD**

Upon consideration of the motion of the Roman Catholic Bishop of Sacramento (the "Debtor") (the "Motion") for entry of an order: (1) approving the *Stipulation by and Among the Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants* (the "Stipulation") attached hereto as ***Exhibit 1***, all as further described in the Motion; and (2) waiving the 14-day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(4); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having authority pursuant to 11 U.S.C. § 362(d) to order relief from the automatic stay as proposed under the terms in the Stipulation; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation thereon and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is hereby GRANTED.

2.      The Stipulation attached to this Order as ***Exhibit 1*** is hereby approved.

3.      Subject to the terms and conditions set forth in the Stipulation and to the extent required to implement the Stipulation, the stay imposed under 11 U.S.C. § 362(a) is hereby modified.

4.      Except for the limited purpose of modifying the automatic stay as set forth in the Stipulation, the automatic stay shall otherwise remain in full force and effect.

5.      This Order is effective immediately, the fourteen (14) day stay provision of Bankruptcy Rule 4001(a)(4) shall not be applicable.

6.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order, in accordance with the Motion and the Stipulation.

///

2

1        7.      The Court shall retain jurisdiction over any and all matters arising from the

2   interpretation or implementation of this Order.

3

4   STINSON LLP

5   By:   /s/ Drew Glasnovich
            Drew Glasnovich
6           Attorneys for the Official
            Committee of Unsecured Creditors
7

8

9   Dated:  July 25, 2025

10

11                                              _____

12                                              United States Bankruptcy Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**11 Pages**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>        Debtor. | Case No. 24-21326<br><br>Chapter 11<br><br>DCN:      STI-11 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN S-4 DOE, et al.,<br><br>        Defendants. | Adv. Pro. No. 25-02054<br><br>DCN:     SMRH-1<br><br>Date:     June 25, 2025<br>Time:     1:30 PM<br>Location:  Courtroom 35 (Dept. C)<br>Judge:   Hon. Christopher M. Klein |

### STIPULATION BY AND AMONG THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS

The Roman Catholic Bishop of Sacramento (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and each of the defendants in this Action (together, the "Survivor Defendants"[1]; collectively the Debtor, the Committee, and the Survivor Defendants are the "Parties" and each, including each individual Survivor Defendant, is a "Party"), stipulate and agree as follows:

---

[1] Survivor Jane Doe, the plaintiff in the case captioned *Jane Doe v. St. Francis Catholic High School of the Diocese of Sacramento, Inc., AKA St. Francis Catholic High School, Roman Catholic Bishop of Sacramento, a corporation sole, Aaron Rios, and Does 1-100* (Sacramento County Case No. 23-CV-008312), is a Survivor Defendant named in this Action, but she does not join this Stipulation. This Jane Doe is not part of the Coordinated Proceeding (JCCP No. 5018), is currently litigating her case, and seeks to collect from St. Francis High School (not from the Debtor's insurers).

## RECITALS

1.      The Debtor filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code on April 1, 2024 (the "Petition Date"), which chapter 11 case No. 24-21326 (the "Bankruptcy Case") is pending before the Bankruptcy Court for the Eastern District of California (the "Bankruptcy Court").

2.      The Office of the United States Trustee appointed the Committee on April 12, 2024, pursuant to 11 U.S.C. § 1102.

3.      In October 2019, Governor Gavin Newsom signed AB 218, known as the California Child Victims Act (the "CVA"), which expanded legal protections for survivors of child sexual abuse ("Survivors").  The CVA went into effect on January 1, 2020, opening a three-year "revival window" during which any Survivor could file civil claims regardless of when the abuse occurred.

4.      During the CVA's revival window, approximately 260 Survivors filed civil actions against the Debtor, virtually all of which have been consolidated (along with other Northern California clergy cases naming other defendants) into a coordinated proceeding entitled *In re Northern California Clergy Cases*, JCCP No. 5108 (the "Coordinated Proceeding") in the Superior Court of California, County of Alameda (the "State Court").

5.      Of those civil actions, approximately 227 name both the Debtor and at least one of its non-Debtor affiliates as defendants. These actions are identified in **Exhibit 1** to the Injunction Motion (defined below) (collectively, the "State Court Actions").

6.      On April 28, 2025, the Debtor initiated this Adversary Proceeding by filing a complaint for declaratory and injunctive relief that would prevent all of the State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

7.      On April 30, 2025, the Debtor filed the *Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) And 362 to Extend Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliate is Named as a Defendant*, as amended and along with supporting declarations and exhibits [Adv. Docket Nos. 6-10, 34] (the "Injunction Motion"), seeking both a declaration that the automatic stay extends to all State Court Actions and, in the alternative, an

injunction that would prevent all State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

8.       Subsequently, the Committee filed its *Motion to Intervene* [Adv. Docket No. 38], and the Committee and Survivor Defendants each filed objections to the Injunction Motion.

9.       In order to resolve the Injunction Motion and other pending issues in the Debtor's Bankruptcy Case, the Parties have reached a compromise and resolution of their differences as follows:

### STIPULATION

1.       The above recitals are incorporated by reference.

2.       The Committee's Motion to Intervene should be granted.

3.       Subject to Paragraph 8, the Bankruptcy Court should issue a temporary injunction pursuant to 11 U.S.C. § 105(a), enjoining prosecution of the State Court Actions, including against any of the non-Debtor defendants (the "Non-Debtor Affiliates") named therein.

4.       On or before July 3, 2025, the Parties shall jointly select, and file a notice on the docket identifying, no more than six State Court Actions (the "Released State Court Actions") to be released from the stay and proceed to trial.

5.       The automatic stay imposed by 11 U.S.C. § 362(a) and the injunction provided for in this Stipulation (the "Stay Extension Injunction") shall be modified as follows:

a.       The Survivor Defendants may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants (the "Non-Debtor Defendants").

b.       The Debtor is authorized to pay defense costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

c.       Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Defendant. For the avoidance of doubt, nothing in this Stipulation should be

construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies.

d.     No Survivor Defendant may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor Defendant may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

6.     The Parties agree that Survivor Defendants (regardless of whether their claims are selected as Released State Court Actions) may make written settlement demands on the Debtor and any Non-Debtor Defendant(s) and for the Debtor and any Non-Debtor Defendant(s) to tender those demands on their respective insurers and request that the insurers pay those demands. The Parties further agree that that such demands are not a violation of the Stay Extension Injunction or the stay imposed by 11 U.S.C. § 362(a).

7.     For the avoidance of doubt, and except as provided in Paragraphs 5 and 6, nothing in this Stipulation provides for the modification or vacatur of the automatic stay imposed by 11 U.S.C. § 362(a).

8.     Nothing in this Stipulation is an admission by any Party as to the allegations in the Injunction Motion or any oppositions filed thereto or the merits of any of the issues raised therein.

9.     Any Party may request that the Bankruptcy Court modify or rescind the Stay Extension Injunction, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Survivor Defendant(s) or by the Court upon a showing of extraordinary circumstances. The requesting party must give the other Parties at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing.

10.     The Parties request that the Court approve this Stipulation and enter the proposed orders attached hereto as Exhibits 1 & 2.

**STIPULATED AND AGREED TO BY:**

Dated: __June 25, 2025__

FELDERSTEIN FITZGERALD
WILLOUGHBY
PASCUZZI & RIOS LLP

By: __/s/ Paul J. Pascuzzi__
Paul J. Pascuzzi
Thomas R. Phinney

*Attorneys for*
*The Roman Catholic Bishop of Sacramento*

Dated: ___June 23, 2025___

STINSON LLP

By: ___/s/ Robert T. Kugler___
Robert T. Kugler
Edwin H. Caldie
Andrew J. Glasnovich

*Attorneys for*
*The Official Committee of Unsecured Creditors*

Dated: 06/23/2025

FIORE ACHERMANN

By: _____
Sophia Achermann

*Attorneys for John Doe (MN) and A.D.*

Dated: 06/23/2025

Mary Alexander & Associates PC

By: _____
Mary Alexander

*Attorneys for John Doe LL and John Doe DM*

Dated: 06/23/2025

PFAU  COCHRAN  VERTETIS  AMALA
PLLC

By: _____
Jason P. Amala

*Attorneys for C.P., Jane Doe (J.W.), John Doe*
*P.F., and T.C.*

Dated: 06/23/2025

SLATER SLATER SCHULMAN LLP

By: _____
Ryan A. Camastra

*Attorneys for Jane Roe 265, Jane Roe 298,*
*Jane Roe 333, Jane Roe 385, Jane Roe 443,*
*Jane Roe 574, Jane Roe 583, Jane Roe 657,*
*Jane Roe 670, Jane Roe 671, Jane Roe 675,*
*Jane Roe 684, John Roe 129, John Roe 178,*
*John Roe 214, John Roe 216, John Roe 217,*
*John Roe 278, John Roe 282, John Roe 303,*
*John Roe 314, John Roe 413, John Roe 414,*
*John Roe 469, John Roe 481, John Roe 497,*
*John Roe 550, John Roe 560, John Roe 587,*
*John Roe 625, John Roe 627, John Roe 651,*
*John Roe 669, John Roe 687, and John Roe*
*694*

Dated: 06/23/2025

BOUCHER LLP

By: _____
Kelsey Lynn Campbell

*Attorneys for Jane Doe B.N.W., Jane Doe*
*E.D., Jane Doe K.L.M., Jane Doe M.A.G.,*
*John Doe B.C.R., John Doe D.J.S., John Doe*
*E.D.G., John Doe E.L.B., John Doe G.B.M.,*
*John Doe J.B., John Doe J.C.A., John Doe*
*J.H., John Doe J.P.M., John Doe K.E.K., John*
*Doe L.F.R., John Doe M.P.O., John Doe*
*M.W.M., John Doe N.P.S., and John Doe*
*P.R.D.*

6

Dated: 06/23/2025                    MATTHEWS AND ASSOCIATES

                                     By: Pedro de la Cerda
                                     Pedro De La Cerda

                                     *Attorneys for Jane Doe 1733, Jane Doe 420,*
                                     *Jane Doe 744, Jane Doe 868, John Doe 1615,*
                                     *John Doe 1737, John Doe 2731, John Doe*
                                     *2741, John Doe 42, John Doe 45, John Doe*
                                     *464, John Doe 562, John Doe 704, John Doe*
                                     *CLG03308, John Doe CLG03350, John Doe*
                                     *CLG03442, John Doe CLG03476, and John*
                                     *Doe CLG03492*

Dated: 06/23/2025                    DRIVON LAW FIRM LLP

                                     By:
                                     David L. Drivon

                                     *Attorneys for John Doe GR*

Dated: 06/24/2025                    MANLY STEWARD AND FINALDI

                                     By: Vince W. Finaldi
                                     Vince W. Finaldi

                                     *Attorneys for Jane S-11 Doe, Jane S-13 Doe,*
                                     *Jane S-7 Doe, John S-10 Doe, John S-14 Doe,*
                                     *John S-16 Doe, John S-17 Doe, John S-3 Doe,*
                                     *John S-4 Doe, John S-5 Doe, John SAC-1 Doe,*
                                     *and John SAC-2 Doe*

7

Dated: 06/24/2025 _____

JOSEPH C. GEORGE, JR LAW
CORPORATION

By: _____
Joseph Charles George

*Attorneys for G.D., J.R., Jennifer Doe S 509,
Jennifer Doe S 523, Jennifer Doe S 525,
Jennifer Doe S 526, Jennifer Doe S 528,
Jennifer Doe S 529, Jennifer Doe S 597,
Jennifer Doe S 598, Jennifer Doe S 600,
Jennifer Doe S 606, Jennifer Doe SCW, John
Doe 102, John Doe 140, John Doe 165, Joseph
Doe S 501, Joseph Doe S 502, Joseph Doe S
503, Joseph Doe S 504, Joseph Doe S 506,
Joseph Doe S 507, Joseph Doe S 508, Joseph
Doe S 512, Joseph Doe S 513, Joseph Doe S
515, Joseph Doe S 516, Joseph Doe S 517,
Joseph Doe S 518, Joseph Doe S 519, Joseph
Doe S 520, Joseph Doe S 522, Joseph Doe S
524, Joseph Doe S 584, Joseph Doe S 602,
Joseph Doe S 604, Joseph Doe S 605, M.T.,
and Samantha Doe SA4*

Dated: 06/24/2025 _____

THE ZALKIN LAW FIRM PC

By: _____
Hunter D.L. Haddock

*Attorneys for Jane MH Roe SAC, John JD Roe
SAC, John JT Roe SAC, John JW Roe SAC,
John MF Roe SAC, John ST Roe SAC, and
John TH Roe SAC*

Dated: 06/24/2025 _____

PAUL MONES PC

By: _____
Courtney Kiehl

*Attorneys for Jane Doe LL and John Doe MD*

Dated: 06/23/2025 _____

LIAKOS LAW APC

By Jennifer R. Liakos _____
Jennifer R. Liakos

*Attorneys for LL John Doe JT, LL John Doe
MW, LL John Doe TDR, LL John Doe TWGA,
LL John Doe UM, and LL Jane Doe JEP*

Dated: 06/23/2025 _____

AYLSTOCK, WITKIN, KREIS &
OVERHOTLZ

By Sin-Ting Mary Liu _____
Sin-Ting Mary Liu

*Attorneys for R.A.*

Dated: 06/23/2025 _____

DIMARCO ARAUJO MONTEVIDEO

By Anthony C. Modarelli III _____
Anthony C. Modarelli III

*Attorneys for John Doe 104*

Dated: 06/23/2025 _____

MICHAEL REHM

By: _____
Michael Rhem

*Attorneys for Jane Roe 1590*

Dated: 06/23/2025 _____

PEIFFER WOLF CARR KANE CONWAY &
WISE LLP

By Melisa Rosadini-knott _____
Melisa A. Rosadini-Knott

*Attorneys for John Doe D.H.*

Dated: 06/24/2025 _____

JEFF ANDERSON & ASSOCIATES



By _____

*Attorneys for Jane Doe SAC 1177, Jane Doe SAC 1185, Jane Doe SAC 1193, Jane Doe SAC 1204, Jane Doe SAC 1429, Jane Doe SAC 1432, Jane Doe SAC 1519, Jane Doe SAC 1637, Jane Doe SAC 1876, Jane Doe SAC 1891, Jane Doe SAC 2056, Jane Doe SAC 2076, Jane Doe SF 1883, John Doe SAC 1124, John Doe SAC 1127, John Doe SAC 1180M John Doe SAC 1208, John Doe SAC 1221, John Doe SAC 1276, John Doe SAC 1286, John Doe SAC 1421, John Doe SAC 1506, John Doe SAC 1507, John Doe SAC 1523, John Doe SAC 1531, John Doe SAC 1545, John Doe SAC 1554, John Doe SAC 1911, John Doe SAC 1915, John Doe SAC 1920, John Doe SAC 1924, John Doe SAC 1926, John Doe SAC 1935, John Doe SAC 1973, John Doe SAC 1980, John Doe SAC 1988, John Doe SAC 2029, John Doe SAC 2049, John Doe SAC 2050, John Doe SAC 2060, John Doe SAC 2068, John Doe SAC 2088, John Doe SAC 2092, and John Doe SF 1886*

Dated: 06/25/2025 _____

HERMAN LAW

Signed by:
By Justin R. Felton _____
Brian K. Teets, Jr.

*Attorneys for G.B., J.E., J.R., M.O., M.W., N.J., R.R., and S.C.*

Dated: 06/23/2025 _____

THOMPSON LAW OFFICES

DocuSigned by:
By Robert W. Thompson _____
Robert W. Thompson

*Attorneys for John Doe A.D.R.*

10

Dated: 06/24/2025

WAGSTAFF LAW FIRM

By: _Aimee Wagstaff_
Aimee Wagstaff

*Attorneys for A.A. Roe 1*


Dated: June 25, 2025

WINER, BURRITT, SCOTT & JACOBS, LLP

By: _Erika Scott_
Erika J. Scott

*Attorneys for JOHN DOE 174, JANE DOE 639, JOHN DOE 521, JOHN DOE 166, JOHN DOE 542, JOHN DOE 137, JOHN DOE 572, JOHN DOE 534, JOHN DOE 568, JANE DOE 577, JANE DOE 564, and JANE DOE 549*

# U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
## Bankruptcy Petition #: 24−21326

*Date filed:* 04/01/2024
*341 meeting:* 05/13/2024
*Deadline for filing claims:* 10/01/2024

*Assigned to:* Hon. Christopher M. Klein
Chapter 11
Voluntary
Asset

| | | |
|---|---|---|
| **Debtor**<br>**The Roman Catholic Bishop of Sacramento**<br>2110 Broadway<br>Sacramento,, CA 95818<br>SACRAMENTO−CA<br>Tax ID / EIN: 94−1270353<br>*dba* Diocese of Sacramento | represented by | **Robert M Charles, Jr**<br>Womble Bond Dickinson (US) LLP<br>One South Church Avenue<br>Ste 2000<br>Tucson, AZ 85701−1611<br>520−629−4427<br>Fax : 520−622−3088<br>Email: Robert.Charles@wbd−us.com |
| | | **Ori Katz**<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>(415) 434−4914<br>Email: okatz@sheppardmullin.com |
| | | **Alan H. Martin**<br>Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626−1993<br>714−513−5100<br>Fax : 714−513−5130<br>Email: amartin@sheppardmullin.com |
| | | **Paul J. Pascuzzi**<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>916−329−7400<br>Email: ppascuzzi@ffwplaw.com |
| | | **Jason E. Rios**<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>916−329−7400<br>Email: jrios@ffwplaw.com |

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7−500
Sacramento, CA 95814

| | | |
|---|---|---|
| *U.S. Trustee*<br>**Tracy Hope Davis** | represented by | **Jason M. Blumberg**<br>501 I St #7−500 |

1

Attn: Jason Blumberg
501 I St #7–500
Sacramento, CA 95814

Sacramento, CA 95814
916–930–2076
Email: jason.blumberg@usdoj.gov

**Jorge A. Gaitan**
501 I St #7–500
Sacramento, CA 95814
916–930–2100
Email: jorge.a.gaitan@usdoj.gov

*U.S. Trustee*
**Tracy Hope Davis**
Attn: Jared A. Day
300 Booth St Rm 3009
Reno, NV 89509

represented by **Jared A. Day**
300 Booth Street, Suite 3009
Reno, NV 89509
775–784–5335
Email: jared.a.day@usdoj.gov

*Creditor Committee*
**Eleanor McCampbell**

*Creditor Committee*
**Khadija Golden**

*Creditor Committee*
**Kevin Kelley**

*Creditor Committee*
**Joseph Wiebelhaus**

*Creditor Committee*
**Craig Carroll**

*Creditor Committee*
**Iris Delgado**

*Creditor Committee*
**Christopher Smith**

*Creditor Committee*
**Jacob Keck**

*Creditor Committee*
**Patrick Flynn**

*Creditor Committee*
**Official Committee of Unsecured Creditors**
Robert T. Kugler
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Robert T. Kugler**
Stinson LLP
50 S 6th St #2600
Minneapolis, MN 55402
612–335–1500
Email: robert.kugler@stinson.com

*Creditor Committee*
**Official Committee of Unsecured Creditors**
Edwin H. Caldie
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Edwin H. Caldie**
Stinson LLP
50 S 6th St #2600
Minneapolis, MN 55402
612–335–1500
Email: ed.caldie@stinson.com

*Creditor Committee*
**Official Committee of Unsecured Creditors**

represented by **Andrew Glasnovich**
Stinson LLP

2

Andrew J. Glasnovich
50 S 6th St #2600
Minneapolis, MN 55402

50 South Sixth Street
Minneapolis, MN 55402
612−335−1426
Fax : 612−335−1657
Email: drew.glasnovich@stinson.com

**Creditor Committee**
**Official Committee of Unsecured Creditors**
Clarissa C. Brady
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Clarissa C. Brady**
Dorsey & Whitney LLP
2325 E. Camelback Road
Ste 900
Phoenix, AZ 85016
602−735−2700
Email: brady.clarissa@dorsey.com

**Creditor Committee**
**Official Committee of Unsecured Creditors**
Samantha Hanson−Lenn
50 S 6th St #2600
Minneapolis, MN 55402

represented by **Gabrielle Albert**
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francsico, CA 94104
415−364−6778
Email: galbert@kbkllp.com

**Samantha Hanson−Lenn**
Stinson LLP
50 South Sixth Street #2600
Minneapolis, MN 55402
612−335−1500
Email: samantha.hansonlenn@stinson.com

**Christopher B. Sevedge**
Stinson LLP
1201 Walnut St #2900
Kansas City, MO 64106
816−842−8600

| Filing Date | # | | Docket Text | |
|---|---|---|---|---|
| 07/25/2025 | | 1484 | Order Granting 1441 Motion/Application to Approve Stipulation Modifying the Automatic Stay [FWP−69] (mgrs) (Entered: 07/28/2025) | 50588340 |
| 08/08/2025 | | 1542 | Notice of Appeal and Statement of Election to District Court [FWP−69] Re: 1484 Order (Fee Paid $298) (eFilingID: 7527311) (msts) (Entered: 08/08/2025) | 50628311 |
| 08/08/2025 | | 1543 | Transmittal to District Court in Sacramento [FWP−69] Re: 1542 Notice of Appeal (msts) (Entered: 08/08/2025) | 50628332 |
| 08/08/2025 | | 1544 | Certificate of Notice of Appeal [FWP−69] Re: 1542 Notice of Appeal (msts) (Entered: 08/08/2025) | 50628585 |
| 08/08/2025 | | 1545 | Certificate of Notice of Appeal [FWP−69] Re: 1542 Notice of Appeal (msts) (Entered: 08/08/2025) | 50628671 |