UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>**The Roman Catholic Bishop of Sacramento**<br>　　　　　　Debtor.<br><br>**Interstate Fire & Casualty Company and National Surety Corporation**<br>　　　　　　Appellant,<br><br>　　　　v.<br><br>**The Roman Catholic Bishop of Sacramento**<br>　　　　　　Appellee. | District Court Case Number<br>NO. **2:25−CV−02262−WBS**<br><br>Bankruptcy Court Case Number<br>NO. **24−21326−C−11**<br><br>Adversary Proceeding Number<br>NO. −<br><br>Bankruptcy Appellate Panel Number<br>NO. −<br><br>**NOTICE TO<br>BANKRUPTCY COURT** |

　　The district court has received and docketed the notice of appeal, attached. Our district court case number is indicated above for your information.
　　When the bankruptcy court issues a Certificate of Record, please attach a copy of the Designation of Record, Statement of Issues filed by the parties and current copy of the bankruptcy court docket starting at the time the order on appeal was filed.
　　If completion of the record is delayed, please advise as to the cause of the delay by completing the checklist below and returning a copy of this letter to the district court:

A)　REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:

　　1. ☐　No Filing Fee Paid　　　　2. ☐　No Designation of Record Filed

　　3. ☐　No Statement of Issues　　　4. ☐　No Notice Regarding Transcript Filed

　　5. ☐　No Reporter's Transcript(s)　6. ☐　No Transcript Fee Paid

　　7. ☐　Extension of Time Granted to Reporter. New Deadline: _____

　　8. ☐　Other: _____

B)　DEPUTY CLERK PROCESSING APPEAL
　　Name: _____
　　Phone: _____
　　Date: _____

　　　　　　　　　　　　　　　　　**KEITH HOLLAND**
　　　　　　　　　　　　　　　　　**CLERK OF COURT**
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Dated: **August 12, 2025**

　　　　　　　　　　　　　　　　　By: /s/ **J. Donati**
　　　　　　　　　　　　　　　　　　　Deputy Clerk