Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:    ppascuzzi@ffwplaw.com
    jrios@ffwplaw.com
    tphinney@ffwplaw.com
    mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:    okatz@sheppardmullin.com
    amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Bishop of Sacramento

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Interstate Fire & Casualty Company and National Surety Corporation,<br><br>    Appellant,<br>  v.<br>The Roman Catholic Bishop of Sacramento<br><br>    Appellee. | District Court Case No. 2:25−CV−02262−WBS<br><br><br>**NOTICE OF RELATED CASES** |
| Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies,<br><br>    Appellant,<br>  v.<br>The Roman Catholic Bishop of Sacramento<br><br>    Appellee. | District Court Case No. 2:25−CV−02288−DC |

1    Pursuant to Local Rule 123(b), The Roman Catholic Bishop of Sacramento, Appellee in both
2    above-referenced cases, Case Nos. 2:25−CV−02262−WBS and 2:25−CV−02288−DC ("Appellee"),
3    by and through its undersigned counsel of record, hereby submits this Notice of Related Cases.

4    The following appeal cases are related within the meaning of Local Rule 123:

5    1. *Interstate Fire & Casualty Company and National Surety Corporation*, Case No.
6    2:25−CV−02262−WBS (E.D. Cal., filed August 8, 2025);

7    2. *Certain Underwriters at Lloyd's, London and Certain London Market Insurance
8    Companies,* Case No. 2:25−CV−02288−DC (E.D. Cal., filed August 8, 2025)

9    The first appeal has been assigned to Judge William B. Shubb.  The second appeal was
10   assigned to Judge Dena Coggins.

11   The foregoing appeals both challenge the same bankruptcy court order entered by the United
12   States Bankruptcy Court for the Eastern District of California, the Honorable Christopher M. Klein
13   presiding, in the pending Chapter 11 bankruptcy case filed by The Roman Catholic Bishop of
14   Sacramento, Case No. 24-21326.  To wit, both appeals challenge the Bankruptcy Court's Order
15   Granting Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2)
16   Waiver of 14-Day Stay Period [ECF No. 1484].

17   The foregoing appeals, therefore, involve overlapping parties and issues, are related to the
18   same events or transactions, and involve similar questions of fact and law.  E.D. Cal. L.R. 123(a).
19   Accordingly, the assignment to the same Judge is likely to effect a substantial savings of judicial
20   effort.  If these appeals were heard by different Judges, it would entail a substantial duplication of
21   effort because both appeals challenge the same bankruptcy court order.
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

Based on the foregoing, Plaintiff respectfully requests that the appeals pending at Case Nos. 2:25−CV−02262−WBS and 2:25−CV−02288−DC be assigned to the same judge.

Dated: August 20, 2025                     FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

                                          By:   */s/ Paul J. Pascuzzi*
                                                Paul J. Pascuzzi
                                                Jason E. Rios
                                                Thomas R. Phinney
                                                Mikayla E. Kutsuris
                                                Attorneys for The Roman Catholic Bishop of Sacramento

Dated: August 20, 2025                     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                          By:   */s/ Ori Katz*
                                                Ori Katz
                                                Alan H. Martin
                                                Attorneys for The Roman Catholic Bishop of Sacramento