UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION,<br><br>          Appellant,<br><br>     v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>          Appellee. | No. 2:25-cv-02262 WBS<br><br><br><br>ORDER RELATING CASES |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES,<br><br>          Appellant,<br><br>     v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>          Appellee. | No. 2:25-cv-02288 DC |

----oo0oo----

1

1              Examination of the above-entitled actions reveals that
2   they are related within the meaning of Local Rule 123(a), because
3   they both appeal the same bankruptcy court order involving the
4   same appellee.  Accordingly, the assignment of the matters to the
5   same judge is likely to effect a substantial saving of judicial
6   effort and is also likely to be convenient for the parties.
7              The parties should be aware that relating the cases
8   under Local Rule 123 merely has the result that both actions are
9   assigned to the same judge; no consolidation of the actions is
10  effected.  Under the regular practice of this court, related
11  cases are generally assigned to the judge to whom the first filed
12  action was assigned.
13             IT IS THEREFORE ORDERED that the actions denominated
14  <u>Interstate Fire & Casualty Company and National Surety</u>
15  <u>Corporation v. Roman Catholic Bishop of Sacramento</u>, No. 2:25-cv-
16  02262 WBS, and <u>Certain Underwriters at Lloyd's, London and</u>
17  <u>Certain London Market Insurance Companies v. Roman Catholic</u>
18  <u>Bishop of Sacramento</u>, 2:25-cv-02288 DC, be, and the same hereby
19  are, deemed related.  The case denominated <u>Certain Underwriters</u>
20  <u>at Lloyd's, London and Certain London Market Insurance Companies</u>
21  <u>v. Roman Catholic Bishop of Sacramento</u>, 2:25-cv-02288 DC, shall
22  be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set
23  in the reassigned case only are hereby VACATED.  Henceforth, the
24  captions on documents filed in the reassigned case shall be shown
25  as <u>Certain Underwriters at Lloyd's, London and Certain London</u>
26  <u>Market Insurance Companies v. Roman Catholic Bishop of</u>
27  <u>Sacramento</u>, 2:25-cv-02288 WBS.
28             IT IS FURTHER ORDERED that the Clerk of the Court make

1  an appropriate adjustment in the assignment of cases to
2  compensate for this reassignment.
3  Dated:  August 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE