| | |
|---|---|
| PARKER, HUDSON, RAINER & DOBBS LLP | NICOLAIDES FINK THORPE |
| Harris B. Winsberg (admitted *pro hac vice*) | MICHAELIDES SULLIVAN LLP |
| Matthew M. Weiss (admitted *pro hac vice*) | Matthew C. Lovell (SBN 189728) |
| Matthew G. Roberts (admitted *pro hac vice*) | Laura H. Smith (SBN 136117) |
| Brian C. Aton (SBN No. 339266) | 101 Montgomery Street, Suite 2300 |
| 303 Peachtree Street NE, Suite 3600 | San Francisco, California 94101 |
| Atlanta, Georgia 30308 | Telephone: (415) 745-3779 |
| Telephone: (404) 523-5300 | Facsimile: (415) 745-3771 |
| Facsimile: (404) 522-8409 | Email: mlovell@nicolaidesllp.com |
| Email: hwinsberg@phrd.com | lsmith@nicolaidesllp.com |
| mweiss@phrd.com | |
| mroberts@phrd.com | |
| baton@phrd.com | |

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
         jbucheit@phrd.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION, | No. 2:25-cv-02262-WBS |
| | Re: Dkt. Nos. 20 & 23 |
| Appellant, | |
| v. | **STIPULATION AND ORDER CONSOLIDATING APPEALS** |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO | |
| Appellee. | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES, | No. 2:25-cv-02288-WBS |
| | Re: Dkt. Nos. 10 & 13 |
| Appellant, | |
| v. | |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, | |
| Appellee. | |

-1-

Stipulation for Order Consolidating Appeals

This Stipulation For Order Consolidating Appeals is entered by and between Interstate Fire & Casualty Company and National Surety Corporation, appellants in Case No. 2:25-cv-02262 WBS, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies, appellants in Case No. 2:25-cv-02288 WBS, and The Roman Catholic Bishop of Sacramento, appellee in Case Nos. 2:25-cv-02262 WBS and 2:25:cv-02288 WBS, with reference to the following facts:

1. On August 29, 2025, Interstate Fire & Casualty Company and National Surety Corporation filed a Motion to Consolidate Appeals in Case No. 2:25-cv-02262 WBS.

2. On August 29, 2025, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies filed a Motion to Consolidate Appeals in Case No. 2:25-cv-02288 WBS.

3. On September 12, 2025, The Roman Catholic Bishop of Sacramento filed a Statement of Non-Opposition in Response to Motions to Consolidate Appeals in both cases, stating that it did not oppose the procedural consolidation of the cases, subject to a reservation of rights.

4. Hearings on the motions are currently set for October 14, 2025, at 1:30 p.m. in Courtroom 5 (the "<u>Hearings</u>").

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that

1. The Motions to Consolidate are GRANTED.

2. The Hearings will be removed from calendar on October 14, 2025.

3. The cases denominated <u>Interstate Fire & Casualty Company and National Surety Corporation v. Roman Catholic Bishop of Sacramento</u>, No. 2:25-cv-02262 WBS, and <u>Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies v. Roman Catholic Bishop of Sacramento</u>, No. 2:25-cv-02288 WBS shall be consolidated for procedural purposes only.  The separate appeals do not merge into one and the parties do not proceed as a single appellant.

1    4.   Case No. 2:25-cv-02262 WBS shall become the master docket for all future filings and activity.  Subsequent filings in these cases must therefore be submitted through the electronic filing system in Case No. 2:25-cv-02262 WBS.

5.   The captions on documents filed in the consolidated cases shall be shown as:

| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION, et al.,<br><br>    Appellants,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO<br><br>    Appellee. | Civil Case Nos.<br><br>2:25-cv-02262 WBS (lead case)<br><br>2:25-cv-02288 WBS |
|---|---|

6.   The Clerk of Court shall make appropriate adjustments to compensate for this consolidation.

[Court's endorsement follows signatures.]

Dated: October 6, 2025                **PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
          mweiss@phrd.com
          mroberts@phrd.com
          baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
          jbucheit@phrd.com

-3-
Stipulation and Order Consolidating Appeals

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

Matthew C. Lovell (SBN 189728)
Laura H. Smith (SBN 136117)
101 Montgomery Street, Suite 2300
San Francisco, California 94101
Telephone: (415) 745-3779
Facsimile: (415) 745-3771
Email: mlovell@nicolaidesllp.com
    lsmith@nicolaidesllp.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

Dated: October 6, 2025            **SKARZYNSKI MARICK & BLACK LLP**

*/s/ Jeff D. Kahane*
By: Jeff D. Kahane (SBN 223329)
Russell W. Roten (SBN 170571)
Timothy W. Evanston (SBN 319342)
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
Email: jkahane@skarzynski.com.com
    rroten@skarzynski.com
    tevanston@skarzynski.com

-and-

Catalina J. Sugayan (pro hac vice to be filed)
Robert Sweeney (pro hac vice to be filed)
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us
    Robert.Sweeney@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

Dated: October 6, 2025            **FELDERSTEIN FITZGERALD WILLOUGHBYPASCUZZI & RIOS LLP**

*/s/ Jason E. Rios*
By: Paul J. Pascuzzi (SBN 148810 )
Jason E. Rios (SBN 190086)
Thomas R. Phinney (SBN 159435)
Mikayla E. Kutsuris (SBN 339777)
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com

-4-

Stipulation and Order Consolidating Appeals

jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

*Attorneys for The Roman Catholic Bishop of Sacramento*

Pursuant to stipulation, **IT IS SO ORDERED,**

Dated: October 6, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE