

# United States District Court
# Eastern District of California

| | |
|---|---|
| Interstate Fire & Casualty Company, et al. | Case Number: 2:25-cv-02262 WBS (lead case) |
| Plaintiff(s) | 2:25-cv-02288 WBS |
| V. | |
| The Roman Catholic Bishop of Sacramento | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Luke Laursen Sperduto** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Official Committee of Unsecured Creditors**

On **09/25/2024** (date), I was admitted to practice and presently in good standing in the **U.S. District Court for the District of Minnesota,** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **10/20/2025**     Signature of Applicant: /s/ **Luke Laursen Sperduto**

**Pro Hac Vice Attorney**

Applicant's Name: Luke Laursen Sperduto
Law Firm Name: Stinson LLP
Address: 50 South Sixth Street, Suite 2600
City: Minneapolis  State: MN  Zip: 55402
Phone Number w/Area Code: (612) 335-1500
City and State of Residence: Minneapolis, Minnesota
Primary E-mail Address: luke.sperduto@stinson.com
Secondary E-mail Address: jess.rehbein@stinson.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Gabrielle Albert
Law Firm Name: Keller Benvenutti Kim LLP
Address: 101 Montgomery Street
Suite 1950
City: San Francisco  State: CA  Zip: 94104
Phone Number w/Area Code: (415) 364-6778  Bar #: 190895

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE