| | |
|---|---|
| PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (admitted *pro hac vice*)<br>Matthew M. Weiss (admitted *pro hac vice*)<br>Matthew G. Roberts (admitted *pro hac vice*)<br>Brian C. Aton (SBN No. 339266)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: hwinsberg@phrd.com<br>           mweiss@phrd.com<br>           mroberts@phrd.com<br>           baton@phrd.com | NICOLAIDES FINK THORPE<br>MICHAELIDES SULLIVAN LLP<br>Matthew C. Lovell (SBN 189728)<br>Laura H. Smith (SBN 136117)<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94101<br>Telephone:   (415) 745-3779<br>Facsimile:    (415) 745-3771<br>Email: mlovell@nicolaidesllp.com<br>           lsmith@nicolaidesllp.com |

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
           jbucheit@phrd.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION, et al.,<br><br>           Appellants,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>           Appellee. | Civil Case Nos.<br><br>**2:25-cv-02262 WBS (lead case)**<br>2:25-cv-02288 WBS<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

This stipulation for a proposed order is entered by and among (a) Interstate Fire & Casualty Company and National Surety Corporation (collectively, the "Interstate Insurers"), (b) Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (collectively, "LMI"; together with the Interstate Insurers, the "Appellants"), (c) The Roman Catholic Bishop of Sacramento (the "Debtor"), and (d) the Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Sacramento (the "Committee"; together with the Debtor, the "Appellees"), with reference to the following facts:

1.     On October 7, 2025, the Court entered the *Stipulation and Order Consolidating Appeals* [Dkt. No. 31] consolidating the appeals for procedural purposes only.

2.     On October 30, 2025, the Court entered its *Memorandum and Order re: Appellee's Motion to Dismiss Appeal* [Dkt. No. 51], which among other things vacated the *Briefing Schedule in Bankruptcy Appeal* [Dkt. No. 32-1] and instructed the parties to submit a stipulation setting forth a new agreed-upon briefing schedule.

3.     Pursuant to the Court's instruction, Appellants and Appellees met and conferred and have reached agreement on a proposed briefing schedule.

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that

1.     Opening briefs are due **November 24, 2025**. The Interstate Insurers and LMI may **each** file one opening brief, for a total of two opening briefs, not to exceed 13,000 words per brief. The Appellants will endeavor to coordinate and reduce duplication.

2.     Response briefs are due **January 12, 2026**. The Debtor and Committee may **each** file one response brief per opening brief, for a total of two response briefs per appeal, not to exceed 13,000 words per brief. The Appellees will endeavor to coordinate and reduce duplication and may, in their discretion, file fewer than the maximum number of response briefs contemplated herein.

3.     Reply briefs, if any, are due **January 26, 2026**. The Interstate Insurers and LMI may **each** file one reply brief, for a total of two reply briefs, not to exceed 10,000 words per brief. The Appellants will endeavor to coordinate and reduce duplication.

4.     The form and content of all briefs must comply with the Federal Rules of Bankruptcy Procedure, notwithstanding anything to the contrary in the *Briefing Schedule in Bankruptcy Appeal* [Dkt. No. 32-1].

[Court's endorsement follows signatures.]

//

-2-
Stipulation and Order Setting Briefing Schedule

| | | |
|---|---|---|
| 1 | Dated: November 5, 2025 | **PARKER, HUDSON, RAINER & DOBBS LLP** |

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
   mweiss@phrd.com
   mroberts@phrd.com
   baton@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
   jbucheit@phrd.com

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

Matthew C. Lovell (SBN 189728)
Laura H. Smith (SBN 136117)
101 Montgomery Street, Suite 2300
San Francisco, California 94101
Telephone: (415) 745-3779
Facsimile: (415) 745-3771
Email: mlovell@nicolaidesllp.com
   lsmith@nicolaidesllp.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

Dated: November 5, 2025    **SKARZYNSKI MARICK & BLACK LLP**

*/s/ Jeff D. Kahane*
By: Jeff D. Kahane (SBN 223329)
Russell W. Roten (SBN 170571)
Timothy W. Evanston (SBN 319342)
333 South Grande Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 721-0650
Email: jkahane@skarzynski.com
   rroten@skarzynski.com
   tevanston@skarzynski.com

-and-

Catalina J. Sugayan (*pro hac vice* pending)
Robert Sweeney (*pro hac vice* pending)
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us
　　　　Robert.Sweeney@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

Dated: November 5, 2025　　　**FELDERSTEIN FITZGERALD WILLOUGHBYPASCUZZI & RIOS LLP**

*/s/ Jason E. Rios*
By: Paul J. Pascuzzi (SBN 148810 )
Jason E. Rios (SBN 190086)
Thomas R. Phinney (SBN 159435)
Mikayla E. Kutsuris (SBN 339777)
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
　　　　jrios@ffwplaw.com
　　　　tphinney@ffwplaw.com
　　　　mkutsuris@ffwplaw.com

*Attorneys for The Roman Catholic Bishop of Sacramento*

Dated: November 5, 2025　　　**STINSON LLP**

*/s/ Robert T. Kugler*
By: Robert T. Kugler (admitted *pro hac vice*)
Edwin H. Caldie (*pro hac vice* forthcoming)
50 S. 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Email: robert.kugler@stinson.com
　　　　ed.caldi@stinson.com

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (SBN 151445)
David A. Taylor (SBN 247433)
Gabrielle L. Albert (SBN 190895)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
　　　　dtaylor@kbkllp.com
　　　　galbert@kbkllp.com

Stipulation and Order Setting Briefing Schedule

*Attorneys for The Official Committee of Unsecured Creditors*

**BURNS BAIR LLP**
Timothy W. Burns (p*ro hac vice* forthcoming)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
         jbair@burnsbair.com

*Special Insurance Counsel for The Official Committee of Unsecured Creidtors*

Pursuant to stipulation, **IT IS SO ORDERED,**

Dated:  November 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE