PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Brian C. Aton (SBN 339266)
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:     (404) 523-5300
Facsimile:     (404) 522-8409
Email:         hwinsberg@phrd.com
               mweiss@phrd.com
               mroberts@phrd.com
               baton@phrd.com

TROUTMAN PEPPER LOCKE LLP
Steven D. Allison (SBN 174491)
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone:     (949) 622-2700
Facsimile:     (949) 622-2739
Email: steven.allison@troutman.com

Valerie Phan (SBN 306503)
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:     (858) 509-6000
Email: valerie.phan@troutman.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone:     (312) 477-3305
Email:         tjacobs@phrd.com
               jbucheit@phrd.com

*Attorneys for Interstate Fire & Casualty Company and National Surety Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION, et al.,<br><br>         Appellants,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>         Appellee. | Civil Case Nos.<br><br>2:25-cv-02262 WBS (lead case)<br><br>2:25-cv-02288 WBS<br><br>**INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Pursuant to Rule 6(b)(2)(B) of the Federal Rules of Appellate Procedure and Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellants Interstate Fire & Casualty Company and National Surety Corporation (the "Interstate Insurers") submit the following: (i) statement of issues to be considered on appeal from the District Court's *Memorandum and Order* (Dkt. No. 81); and (ii) designation of items to be included in the record on appeal.

## I.    Statement of Issues to Be Presented on Appeal

The Interstate Insurers present the following statement of issues to be considered on appeal:

1.    Whether the District Court erred in affirming the bankruptcy court's *Order Granting Debtor's Motion to (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14-Day Stay Period* (Bankruptcy Case Dkt. No. 1484) (the "Order"), which granted the *Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period* (Bankruptcy Case Dkt. No. 1441) (the "Motion") and approved the accompanying *Stipulation by and among The Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants* (Bankruptcy Case Dkt. No. 1427) (the "Stipulation"), including by:

    a.    determining that the bankruptcy court was not required to make findings of fact or state conclusions of law in support of the Order;

    b.    determining that the bankruptcy court applied the correct legal standard in support of the Order;

    c.    concluding that the record demonstrated sufficient "cause" to grant the Motion and approve the Stipulation under 11 U.S.C. § 362(d)(1);

    d.    determining that the bankruptcy court did not abuse its discretion in granting the Motion and approving the Stipulation under 11 U.S.C. § 362(d)(1) despite a deficient record;

    e.    concluding that Federal Rule of Bankruptcy Procedure 9019 (and related caselaw on "compromises" and "settlements") did not apply to the Motion or Stipulation; and

    f.    finding that the bankruptcy court considered the Interstate Insurers' interests

when granting the Motion and approving the Stipulation.

**II.    Designation of Items to Be Included in the Record on Appeal**

The Interstate Insurers submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

**A.    Bankruptcy Court Docket Entries**

**i.    Main Bankruptcy Case Docket (Bankruptcy Case No. 24-21326)**

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|---|---|---|---|
| 1 | 4/1/2024 | 1 | Chapter 11 Voluntary Petition of The Roman Catholic Bishop of Sacramento |
| 2 | 4/1/2026 | 6 | Declaration of Thomas McNamara in Support of Chapter 11 Petition and First Day Motions |
| 3 | 4/1/2024 | 7 | Declaration of Stephen J. Greene, Jr. In Support of Chapter 11 Petition and First Day Motions |
| 4 | 4/1/2024 | 12 | Declaration of Thomas McNamara in Support of Chapter 11 Petition and First Day Motions |
| 5 | 4/12/2024 | 139 | Notice of Appointment of the Official Committee of Unsecured Creditors |
| 6 | 6/25/2024 | 410 | Certain Insurers' Limited Objection to Debtor's Motion for: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice filed by Certain Underwriters at Lloyd's, London and Certain London Market Insurers |
| 7 | 10/23/2024 | 762 | Opposition/Objection to Motion/Application to Refer Parties to Global Mediation filed by the Interstate Insurers |
| 8 | 11/8/2024 | 874 | Order Granting Motion/Application to Appoint Mediator |

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|---|---|---|---|
| 9 | 12/6/2024 | 924 | Motion/Application to Authorize a Status Conference for the Presentation of Survivor Statements filed by the Official Committee of Unsecured Creditors |
| 10 | 12/24/2024 | 994 | Opposition/Objection to Motion/Application to Authorize a Status Conference for the Presentation of Survivor Statements filed by Certain Underwriters at Lloyd's, London and Certain London Market Insurers |
| 11 | 12/26/2024 | 996 | Statement of Non-Opposition to the Official Committee of Unsecured Creditors' Motion to Authorize a Status Conference for the Presentation of Survivor Statements filed by The Roman Catholic Bishop of Sacramento |
| 12 | 12/30/2024 | 997 | Reply In Support of its Motion to Authorize a Status Conference for the Presentation of Survivor Statements filed by the Official Committee of Unsecured Creditors |
| 13 | 1/9/2025 | 1013 | Order Granting Debtor's Motion to Approve Compromise and Settlement Agreement with Interstate Fire & Casualty Company |
| 14 | 1/8/2025 | 1015 | Civil Minutes – Motion Granted; Motion/Application to Authorize a Status Conference for the Presentation of Survivor Statements |
| 15 | 3/7/2025 | 1153 | Memorandum Order on Motion to Authorize Presentation of Survivor Statements |
| 16 | 6/25/2025 | 1427 | Stipulation by and among The Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants |
| 17 | 6/25/2025 | 1428 | Exhibits to Stipulation by and among The Roman Catholic Bishop of Sacramento, the |

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|---|---|---|---|
|  |  |  | Official Committee of Unsecured Creditors, and the Survivor Defendants |
| 18 | 7/3/2025 | 1435 | Certain Insurers' Objection to Stipulation by and among The Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants filed by the Interstate Insurers |
| 19 | 7/3/2025 | 1436 | Declaration of Matthew Weiss in Support of Certain Insurers' Objection to Stipulation by and among The Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants |
| 20 | 7/3/2025 | 1439 | Notice of Released State Court Actions pursuant to Order Approving Compromise and Settlement and Granting Relief from Stay |
| 21 | 7/10/2025 | 1441 | Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period filed by The Roman Catholic Bishop of Sacramento |
| 22 | 7/10/2025 | 1442 | Ex Parte Application for an Order Shortening Time to Hear Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period filed by The Roman Catholic Bishop of Sacramento |
| 23 | 7/10/2025 | 1443 | Notice of Hearing on Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period |
| 24 | 7/10/2025 | 1444 | Relief from Stay Summary Sheet filed by The Roman Catholic Bishop of Sacramento |
| 25 | 7/10/2025 | 1445 | Exhibit to Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period filed by The Roman Catholic Bishop of |

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|---|---|---|---|
| | | | Sacramento |
| 26 | 7/10/2025 | 1446 | Request for Judicial Notice and Supporting Evidence in Support of Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period filed by The Roman Catholic Bishop of Sacramento |
| 27 | 7/10/2025 | 1448 | Order Authorizing Application for an Order Shortening Time to Hear Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period |
| 28 | 7/18/2025 | 1462 | Motion for Continuance of July 23, 2025 Hearing on Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of 14 Day Stay Period filed by the Interstate Insurers |
| 29 | 7/18/2025 | 1463 | Ex Parte Application for an Order Authorizing Shortened Notice for Appellants' Motion for Continuance of July 23, 2025 hearing on Debtor's Motion filed by the Interstate Insurers |
| 30 | 7/18/2025 | 1464 | Declaration of Matthew Weiss in Support of the Interstate Insurers' Motion for Continuance of July 23, 2025 Hearing on Debtor's Motion and the Interstate Insurers' Ex Parte Application for Shortened Notice |
| 31 | 7/18/2025 | 1465 | Exhibits in Support of the Interstate Insurers' Motion for Continuance of July 23, 2025 Hearing on Debtor's Motion and the Interstate Insurers' Ex Parte Application for Shortened Notice |
| 32 | 7/18/2025 | 1466 | Declaration of Matthew Weiss in support of the Interstate Insurers' Motion for Continuance of July 23, 2025 Hearing on Debtor's Motion and the Interstate Insurers' Ex Parte Application for |

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|------|--------------------|----------------------|-------------|
|  |  |  | Shortened Notice |
| 33 | 7/18/2025 | 1467 | Exhibits In Support of Interstate Fire & Casualty Company and National Surety Corporation's Motion for Continuance of July 23, 2025 Hearing on Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of the 14 Day Stay Period and Ex Parte Application for Authorization to Shorten Notice for Hearing on Continuance Motion |
| 34 | 7/18/2025 | 1468 | Joinder to the Interstate Insurers' Motion for Continuance of July 23, 2025 Hearing filed by Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies |
| 35 | 7/21/2025 | 1472 | Objection to Debtor's Motion to (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of the 14 Day Stay Period filed by the Interstate Insurers |
| 36 | 7/21/2025 | 1473 | Declaration of Matthew G. Roberts in Support of the Interstate Insurers' Objection to Debtor's Motion to (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of the 14 Day Stay Period |
| 37 | 7/21/2025 | 1474 | Exhibits in Support of the Interstate Insurers' Objection to Debtor's Motion to (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of the 14 Day Stay Period |
| 38 | 7/23/2025 | 1480 | Joinder to the Interstate Insurers' Objection to the Debtor's Motion to: (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of the 14 Day Stay Period filed by Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies |

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|---|---|---|---|
| 39 | 7/25/2025 | 1482 | Transcript Regarding Hearing Held on July 23, 2025 |
| 40 | 7/25/2025 | 1484 | Order Granting Debtor's Motion to (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of the 14 Day Stay Period, including all Exhibits thereto |
| 41 | 7/23/2025 | 1497 | Civil Minutes – Granting Debtor's Motion to (1) Approve Stipulation Modifying the Automatic Stay; and (2) Waiver of the 14 Day Stay Period |
| 42 | 8/8/2025 | 1542 | Notice of Appeal and Statement of Election filed by Interstate Fire & Casualty Company, *et al.* |
| 43 | 8/8/2025 | 1551 | Notice of Appeal and Statement of Election filed by Certain Underwriters at Lloyd's, London and Certain London Market Insurers |

### ii. Adversary Proceeding Docket Entries (Adv. Proc. No. 25-02054)

| Item | Date Filed/Entered | Adv. Proc. Dkt. No. | Description |
|---|---|---|---|
| 1 | 4/28/2025 | 1 | Complaint Seeking Declaratory and Injunctive Relief under Bankruptcy Code Sections 105(a) and 362 that the Automatic Stay Extends to All State Court Cases in which the Debtor is Named as a Defendant and as to all Cases in which a Non-Debtor Affiliate is Named as a Defendant |
| 2 | 4/30/2025 | 6 | Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 3 | 4/30/2025 | 7 | Notice of Hearing on Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates |

-8-

| Item | Date Filed/Entered | Adv. Proc. Dkt. No. | Description |
|---|---|---|---|
| | | | are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 4 | 4/30/2025 | 8 | Declaration of Barron L. Weinstein in Support of Motion for Order Extending Stay to all State court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 5 | 4/30/2025 | 9 | Declaration of Stephen J. Greene, Jr. in Support of Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 6 | 4/30/2025 | 10 | Exhibits in Support of Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 7 | 5/9/2025 | 16 | Certificate of Service of Summons and Notice of Status Conference in an Adversary Proceeding, Order to Confer on Initial Disclosures and Setting Deadlines, Motion for Order Extending Stay to All State Court Cases |
| 8 | 5/28/2025 | 34 | Amended Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 9 | 6/2/2025 | 35 | Certificate of Service of Amended Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 10 | 6/10/2025 | 38 | The Official Committee of Unsecured Creditors' Motion to Intervene |

| Item | Date Filed/Entered | Adv. Proc. Dkt. No. | Description |
|---|---|---|---|
| 11 | 6/10/2025 | 40 | The Official Committee of Unsecured Creditors' Opposition to Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 12 | 6/10/2025 | 41 | Survivor Claimant LL Jane Doe JEP's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 13 | 6/10/2025 | 42 | Survivor Claimant LL John Doe JT's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 14 | 6/10/2025 | 43 | Survivor Claimant LL John Doe MM's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 15 | 6/10/2025 | 44 | Survivor Claimant LL John Doe TDR's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 16 | 6/10/2025 | 45 | Survivor Claimant LL John Doe TWGA's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 17 | 6/10/2025 | 46 | Survivor Claimant LL John Doe UM's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 18 | 6/10/2025 | 47 | Boucher LLP Claimants' Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as |

| Item | Date Filed/Entered | Adv. Proc. Dkt. No. | Description |
|------|--------------------|--------------------|-------------|
|      |                    |                    | Defendants |
| 19 | 6/10/2025 | 48 | Survivor Claimant John Doe A.D.R.'s Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 20 | 6/10/2025 | 49 | Survivor Claimant John Doe 104's Response to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 21 | 6/10/2025 | 50 | Survivor Claimants Jane Doe LL and John Doe MD's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 22 | 6/10/2025 | 51 | Survivor Claimant John Doe CLG033058, John Doe CLG03350, John Doe CLG03442, and John Doe CLG03476's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 23 | 6/10/2025 | 52 | Survivor Claimant John Doe 42, Jane Doe 420, John Doe 464, John Doe 562, John Doe 704, Jane Doe 1737, John Doe 2731, and John Doe 2741's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 24 | 6/10/2025 | 53 | Survivor Claimant's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |

| Item | Date Filed/Entered | Adv. Proc. Dkt. No. | Description |
|---|---|---|---|
| 25 | 6/11/2025 | 55 | Survivor Claimant R.A.'s Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 26 | 6/11/2025 | 57 | Survivor P.F.'s Objection to Debtor's Motion |
| 27 | 6/11/2025 | 59 | Survivor Claimant Jane Doe (J.W.)'s Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 28 | 6/11/2025 | 60 | Survivor Claimants John Sac-1 Doe, John Sac-2 Doe, John S-4 Doe, Jane S-7 Doe, John S-10 Doe, John S-5 Doe, John S-3 Doe, John S-17 Doe, Jane S-13 Doe, Jane S-11 Doe, John S-16 Doe, and John S-14 Doe's Opposition to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 29 | 6/11/2025 | 73 | Survivor Claimant Jane Doe's Response to Debtor's Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants |
| 30 | 6/18/2025 | 83 | Omnibus Reply in Support of Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 31 | 6/18/2025 | 85 | Supplemental Declaration of Barron L. Weinstein in Support of Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 32 | 6/25/2025 | 87 | Stipulation by and among The Roman Catholic Bishop of Sacramento, the |

| Item | Date Filed/Entered | Adv. Proc. Dkt. No. | Description |
|---|---|---|---|
| | | | Official Committee of Unsecured Creditors, and the Survivor Defendants |
| 33 | 6/25/2025 | 88 | Exhibits to Stipulation by and among The Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants |
| 34 | 6/25/2025 | 89 | Certificate of Service of Stipulation by and among The Roman Catholic Bishop of Sacramento, the Official Committee of Unsecured Creditors, and the Survivor Defendants and Exhibits in Support Thereof |
| 35 | 6/26/2025 | 90 | Stipulated Order Granting Preliminary Injunction and Request for Intervention |
| 36 | 6/26/2025 | 91 | Order Approving Compromise and Settlement and Granting Relief from Stay |
| 37 | 6/25/2025 | 93 | Civil Minutes re: The Official Committee of Unsecured Creditors' Motion to Intervene |
| 38 | 6/25/2024 | 94 | Civil Minutes re: Motion for Order Extending Stay to all State Court Cases in which Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 |
| 39 | 7/3/2025 | 97 | Notice of Released State Court Actions Pursuant to Order Approving Compromise and Settlement and Granting Relief from Stay |
| 40 | 8/20/2025 | 102 | Transcript for Hearing Held June 25, 2025 |

### iii. Other Bankruptcy Case Items Designated by the Interstate Insurers[1]

| Item | Date | Document Type | Description |
|---|---|---|---|
| 1 | 7/18/2025 | Email | Rejection of Proposed Order related to Interstate Insurers' Motion for Continuance |
| 2 | 7/18/2025 | Email | Rejection of Proposed Order related to Appellants' Ex Parte Application for an Order Shortening Time |

### B.   District Court Docket Entries (Case No. 2:25-cv-02262 WBS)

| Item | Date Filed/Entered | Dist. Ct. Dkt. No. | Description |
|---|---|---|---|
| 1 | 8/8/2025 | 1 | Interstate Insurers' Notice of Appeal |
| 2 | 8/22/2025 | 11 | Order Relating Cases signed by Senior District Judge William B. Shubb |
| 3 | 8/29/2025 | 20 | Motion to Consolidate Cases filed by the Interstate Insurers |
| 4 | 9/12/2025 | 23 | Statement of Non-Opposition to Motion to Consolidate Cases filed by The Roman Catholic Bishop of Sacramento |
| 5 | 9/23/2025 | 26 | Motion to Dismiss by the Official Committee of Unsecured Creditors, including Exhibit 1 and Exhibit 2 attached thereto |
| 6 | 10/3/2025 | 27 | Response to Motion to Dismiss filed by The Roman Catholic Bishop of Sacramento |
| 7 | 10/3/2025 | 28 | Opposition to Motion to Dismiss filed by the Interstate Insurers |
| 8 | 10/3/2025 | 29 | Request for Judicial Notice filed by the Interstate Insurers |

---

[1] For the avoidance of doubt, both items set forth in this Section II.A.iii. were included in the Interstate Insurers' *Appendix of Excerpts of Record in Support of Interstate Insurers' Opening Brief* (Dkt. No. 61).

| Item | Date Filed/Entered | Dist. Ct. Dkt. No. | Description |
|---|---|---|---|
| 9 | 10/6/2025 | 30 | Stipulation and Proposed Order Consolidating Appeals filed by the Interstate Insurers |
| 10 | 10/7/2025 | 31 | Order Consolidating Appeals signed by Senior District Judge William B. Shubb |
| 11 | 10/8/2025 | 32 | Certificate of Record and Bankruptcy Briefing Schedule Issued |
| 12 | 10/13/2025 | 34 | Reply in Support of Motion to Dismiss filed by the Official Committee of Unsecured Creditors |
| 13 | 10/30/2025 | 51 | Order Denying Motion to Dismiss signed by Senior District Judge William B. Shubb |
| 14 | 11/5/2025 | 55 | Stipulation and Proposed Order Setting Briefing Schedule filed by the Interstate Insurers |
| 15 | 11/7/2025 | 56 | Order Setting Briefing Schedule signed by Senior District Judge William B. Shubb |
| 16 | 11/13/2025 | 59 | Transcript of Motion Hearing Held on October 27, 2025 |
| 17 | 11/24/2025 | 60 | Appellant's Brief filed by the Interstate Insurers |
| 18 | 11/24/2025 | 61 | Appendix of Excerpts of Record in Support of Appellant's Brief filed by Interstate Appellants |
| 19 | 1/12/2026 | 64 | Appellee's Brief filed by The Roman Catholic Bishop of Sacramento |
| 20 | 1/12/2026 | 65 | Appendix filed by The Roman Catholic Bishop of Sacramento |
| 21 | 1/12/2026 | 66 | Request for Judicial Notice filed by The Roman Catholic Bishop of Sacramento |
| 22 | 1/12/2026 | 67 | Appellee's Brief filed by the Official |

| Item | Date Filed/Entered | Dist. Ct. Dkt. No. | Description |
|------|--------------------|--------------------|-------------|
|      |                    |                    | Committee of Unsecured Creditors |
| 23   | 1/26/2026          | 70                 | Appellant's Reply Brief filed by the Interstate Insurers |
| 24   | 1/26/2026          | 71                 | Notice of Readiness filed by the Interstate Insurers |
| 25   | 1/27/2026          | 75                 | Minute Order Setting Oral Argument on Merits for 3/2/2026 |
| 26   | 2/24/2026          | 81                 | Memorandum and Order signed by Senior District Judge William B. Shubb |
| 27   | 3/25/2026          | 82                 | Notice of Appeal filed by the Interstate Insurers |

**C.  District Court Docket Entry (Case No. 2:25-cv-02288 WBS)**

| Item | Date Filed/Entered | Dist. Ct. Dkt. No. | Description |
|------|--------------------|--------------------|-------------|
| 1    | 10/3/2025          | 18                 | Opposition to Motion to Dismiss filed by Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies |

[*Remainder of Page Intentionally Left Blank*]

**PARKER, HUDSON, RAINER & DOBBS LLP**

Dated: April 7, 2026

By: */s/ Harris B. Winsberg*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
    mweiss@phrd.com
    mroberts@phrd.com
    baton@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice)*
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
    jbucheit@phrd.com

-and-

**TROUTMAN PEPPER LOCKE LLP**
Steven D. Allison (SBN 174491)
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: (949) 622-2700
Email: Steven.Allison@troutman.com

-and-

Valerie Phan (SBN 306503)
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone : (858) 509-6000
Email : Valerie.Phan@troutman.com

*Attorneys for Interstate Fire & Casualty Company
and National Surety Corporation*