**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION,**
Plaintiff

v.

**CASE NO. 2:25−CV−02262−WBS**

,
Defendant

You are hereby notified that a Notice of Appeal was filed on **March 25, 2026** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

April 24, 2026

**KEITH HOLLAND**
**CLERK OF COURT**

**by:** /s/ V. Licea Chavez
Deputy Clerk